**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Edward ELLERBE,
Defendant–Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**James Edward Ellerbe, Defendant–
Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**James Edward Ellerbe, Defendant–
Appellant.**

Nos. 03–6780, 03–6878, 03–7157.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 7, 2003.

James Edward Ellerbe, Appellant Pro Se. John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Edward Ellerbe appeals the district court's orders denying his application for injunctions and a court order, denying his petition for modification of sentence, and denying his application to appear be-fore the grand jury. We have reviewed the record and find no reversible error. Accordingly, we affirm the orders of the district court. *See United States v. Ellerbe,* No. CR–97–100 (E.D.N.C. Mar. 24, 2003; Mar. 27, 2003; June 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*